UNITED STATES DISTRICT COURT
Western District of Texas
MIDLAND DIVISION

FILED
JUN 15 2010
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

UNITED STATES OF AMERICA

v.

FEDERATION OF EMPLOYERS & WORKERS OF AMERICA

Defendant.

Case Number   7:10-CR-105 RAJ
USM Number    NA

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

The defendant, FEDERATION OF EMPLOYERS & WORKERS OF AMERICA, was represented by William Devaney.

The defendant pled guilty to Count(s) 1 of the Information on April 30, 2010. Accordingly, the defendant is adjudged guilty of such Count(s), involving the following offense(s):

| Title & Section | Nature of Offense | Offense Ended | Count(s) |
|---|---|---|---|
| 18 U. S. C. § 1546(a) | Visa Fraud | 2004 | 1 |

As pronounced on April 30, 2010, the defendant is sentenced as provided in pages 2 through 6 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the Court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this the ___15th___ day of June, 2010.

ROBERT JUNELL
United States District Judge

Defendant: FEDERATION OF EMPLOYERS & WORKERS OF AMERICA
Case Number: 7:10-CR-105 RAJ

## PROBATION

The defendant is hereby placed on probation for a term of Three (3) years.

While on probation, the defendant shall comply with the mandatory, standard and if applicable, the special conditions that have been adopted by this Court as set forth in pages 3 and 4 of this judgment.

1. The defendant agrees to implement and adhere to its Compliance and Ethics Program as set forth in Court's Exhibit One to the plea and sentencing hearing;

2. Every employee, officer and director of the Defendant is to read and be trained in the Compliance and Ethics Program as set forth in Court's Exhibit One;

3. The Defendant shall file a report with the Court with a copy to the U. S. Attorney's Office describing the implementation of the Compliance and Ethics Program. Such report shall be filed not later than October, 2010 and subsequent reports shall be filed on October 1, 2011 and October 1, 2012.

4. The Court may at the request of the U. S. Attorney's Office or the U. S. Probation Office order an audit of the Compliance and Ethics Program.

5. The Court may request a U. S. Probation Officer review on site the defendant's implementation of the Compliance and Ethics program and the Defendant shall make available all documents requested by the officer and all persons to whom the officer requests to interview.

Defendant: FEDERATION OF EMPLOYERS & WORKERS OF AMERICA
Case Number: 7:10-CR-105 RAJ

## CRIMINAL MONETARY PENALTIES/ SCHEDULE

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth. Unless the Court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. Criminal Monetary Penalties, except those payments made through Federal Bureau of Prisons' Inmate Financial Responsibility Program shall be paid through the Clerk, United States District Court, 200 E. Wall, Room 107, Midland, Texas 79701.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| TOTAL: | $400.00 | $0 | $0 |

### Special Assessment

It is ordered that the defendant shall pay to the United States a special assessment of $400.00. Payment of this sum shall begin immediately.

### Fine

The fine is waived because of the defendant's inability to pay.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column above. However, pursuant to 18 U.S.C. § 3664(i), all non-federal victims must be paid before the United States is paid.

If the fine is not paid, the court may sentence the defendant to any sentence which might have been originally imposed. See 18 U.S.C. §3614.

The defendant shall pay interest on any fine or restitution of more than $2,500.00, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. §3612(f). All payment options may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. §3612(g).

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest, (7) penalties, and (8) costs, including cost of prosecution and court costs.

Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

Defendant: FEDERATION OF EMPLOYERS & WORKERS OF AMERICA
Case Number: 7:10-CR-105 RAJ

## FORFEITURE

The defendant is ordered to forfeit the following property to the United States:

United States monies in the amount of One Hundred Seventy-five Thousand Dollars ($175,000.00)